UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZORICA LONCAR, | )<br>) |
| Plaintiff, | ) Case No. 2:13-cv-02218-JAD-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| PENN NATIONAL GAMING, INC., *et al.*, | )<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Defendants' Motion for Waiver of Attendance at ENE (#16), filed on January 22, 2014. Defendants request that the Court excuse the personal attendance of Representatives for Defendant Penn National Gaming, Inc. and Insurer AIG at the Early Neutral Evaluation scheduled for February 18, 2014. They allege that their attendance is not necessary or productive because Defendant Penn National Gaming, Inc. is a parent company of LV Gaming Ventures, LLC. A representative of LV Gaming Ventures, LLC will be physically present, has direct knowledge of the facts of this action, and has authority to settle. Additionally, Defendants request that the AIG representative be excused from physically attending given the high retention in the policy and availability by telephone. After careful review, the Court finds that representatives for Defendant Penn National Gaming, Inc. and insurer AIG have demonstrated good cause for the requested relief. Both representatives may be excused from physically attending the ENE, but must be available telephonically.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion for Waiver of Attendance at ENE (#16) is **granted**.

Dated this 23rd day of January, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**