JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183/258-6983(fax)
jp@kemp-attorneys.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ZORICA LONCAR,

        Plaintiff,

vs.

PENN NATIONAL GAMING, INC., a Pennsylvania Corporation and Registered Nevada Foreign Corporation; LV GAMING VENTURES, LLC, a Nevada Limited Liability Company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,

        Defendants.

Case No.: 2:13-cv-02218-JAD-GWF

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**[SECOND REQUEST]**

It is hereby stipulated by and between the parties, through their respective counsel, that Plaintiff, ZORICA LONCAR, (hereinafter referred to as "Plaintiff"), shall have a further extension from Friday, January 23, 2015 to and including Friday, January 29, 2015, in which to file her Response to Defendants' Motion for Summary Judgment. This stipulation is submitted and based upon the following:

    1. That Plaintiff's counsel has requested this extension of time and has informed Defendants' counsel that such an extension is necessary because counsel for Plaintiff has been experiencing difficulty coordinating schedules and time to meet with his client to work on the Response due in part to the recent Christmas and New Year holiday period.

    2. Additionally, Plaintiff's counsel had several other matters including several depositions

1

including three out of state depositions that required more time than anticipated to prepare for and attend, as well as several motions to respond to in other matters since the time of the prior extension. Thus Plaintiff's counsel has been unable to devote the necessary time to this matter and another short extension would be appreciated.

3. That this request for an extension of time for Plaintiff to file his Response to Defendants' above referenced Motion for Summary Judgment is made in good faith and not for purpose of delay.

DATED this 21st day of January, 2015.

/s/ James P. Kemp  
James P. Kemp, Esq.  
Nevada Bar No. 6375  
KEMP & KEMP ATTORNEYS AT LAW  
7435 West Azure Drive, Suite 110  
Las Vegas, NV 89130  
Attorney for Plaintiff  

/s/ Anthony B. Golden  
Scott M. Mahoney, Esq.  
Anthony B. Golden, Esq.  
FISHER & PHILLIPS, LLP  
3800 Howard Hughes Pkwy, Suite 950  
Las Vegas, NV 89169  
Attorneys for Defendant  

**IT IS SO ORDERED**

_____
U.S. DISTRICT COURT JUDGE

Dated: January 23, 2015

2