UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ZORICA LONCAR,                          )
                                        )
            Plaintiff,                  )    Case No. 2:13-cv-02218-JAD-GWF
                                        )
vs.                                     )    **ORDER**
                                        )
PENN NATIONAL GAMING, INC., *et al.*,   )
                                        )
            Defendants.                 )
                                        )

      This matter is before the Court on Defendant Gaming Ventures, LLC's Motion for Waiver of Attendance (#39), filed on October 20, 2015.  Plaintiff filed a Notice of Non-Opposition (#40) on October 20, 2015.

      Defendant requests that its insurance company representative be excused from attending the settlement conference on December 16, 2015.  Defendant represents that the representative would have to travel from New York, and that the Defendant's insurance policy will not be relevant to any potential settlement.  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant Gaming Ventures, LLC's Motion for Waiver of Attendance (#39) is **granted**.

      **DATED** this 23rd day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge