FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZORICA LONCAR,<br><br>                Plaintiff,<br><br>vs.<br><br>PENN NATIONAL GAMING, INC., a Pennsylvania Corporation and Registered Nevada Foreign Corporation; LV GAMING VENTURES, LLC, a Nevada Limited Liability Company, THE M RESORT, LLC, a Nevada Limited Liability Company; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                Defendants. | Case No.: 2:13-cv-02218-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own

- 1 -

31306262

costs and attorney's fees.

| FISHER & PHILLIPS LLP | KEMP & KEMP |
|---|---|
| By: /s/<br>Scott M. Mahoney, Esq.<br>300 South Fourth Street #1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | By: /s/<br>James P. Kemp, Esq.<br>7435 Azure, Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff |

### ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action be DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of the Court is instructed to close this case.

Dated: January 5, 2016.

_____
UNITED STATES DISTRICT JUDGE

31306262